# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DARRELL RICHARDSON,**
Appellant,

v.

**LAMIA HARRIS,**
Appellee.

No. 4D2024-0518

[October 16, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE23-008874.

Darrell Richardson, Dayton, Ohio, pro se.

No appearance, for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

KLINGENSMTIH, C.J., DAMOORGIAN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***